ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Forrester Construction Company | ) | ASBCA No.    62593 |
| | ) | |
| Under Contract No.    W91236-13-C-0063 | ) | |

APPEARANCES FOR THE APPELLANT:     Robert J. Symon, Esq.
                                   Amy E. Garber, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Mark R. Higgins, Esq.
                                   John R. Lockard, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Norfolk

OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

        The parties have resolved their dispute through Alternative Dispute Resolution
and request that the Board enter judgment in favor of appellant.

        It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the
parties' stipulation and agreement, that the appeal is sustained. In the nature of a
consent judgment, the Board makes a monetary award to appellant in the amount of
$1,968,663.39. This amount is inclusive of Contract Disputes Act interest. No further
interest shall be paid.

        Dated: August 24, 2020

                                        STEPHANIE CATES-HARMAN
                                        Administrative Judge
                                        Armed Services Board
                                        of Contract Appeals

(Signatures continued)

I concur                                          I concur



RICHARD SHACKLEFORD                               OWEN C. WILSON
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62593, Appeal of Forrester
Construction Company, rendered in conformance with the Board's Charter.


        Dated:  August 25, 2020



        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals